

# CHRIS DANIEL

01-15-00279-CR

HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/26/2015 2:07:00 PM
CHRISTOPHER A. PRINE
Clerk

March 11, 2015

HONORABLE BROCK THOMAS
338TH DISTRICT COURT
HARRIS COUNTY
HOUSTON. TX

Defendant's Name: JOSEPH JUAN FACUNDO

Cause No: 1344346

Court: 338TH DISTRCIT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 3/06/15
**Sentence Imposed Date:** 3/06/15
**Court of Appeals Assignment: First  Court of Appeals**
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

S. NORRIS
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

JULIA JOHNSON  (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651

Cause No. 1344346

THE STATE OF TEXAS

Joseph J. Facundo, A/K/A/ _____

v.

338 District Court / County Criminal Court at Law No. _____

Harris County, Texas

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

On __3/6/2015__ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☑ MOVES to withdraw.
☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal

__3/6/2015__
Date

Joseph Juan Facundo
Defendant (Printed name)

Attorney (Signature)

Alvin E. Nunnery
Attorney (Printed name)

15/4/800
State Bar Number

909 Texas #205   77002
Address

713-222-1919
Telephone Number

FILED
Chris Daniel
District Clerk

MAR 06 2015

Time:_____
Harris County, Texas

By_____
Deputy

The defendant (check all that apply):

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☑ ASKS the Court to ORDER that a free record be provided to him..

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

X _____
Defendant (Signature)

Joseph J. Facundo
Defendant's Printed name

SWORN TO AND SUBSCRIBED BEFORE ME ON _____   MAR 06 2015

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On _____ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☐ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☐ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

    ☐ Counsel's motion to withdraw is **GRANTED / DENIED.**

    ☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

    ☑ Defendant's / appellant's motion is **GRANTED** and

        ☐ _____(attorney's name & bar card number)
        is **APPOINTED** to represent defendant / appellant on appeal.

        ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

    ☑ SET at $ _____ X _____

    ☐ TO CONTINUE as presently set.

    ☐ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED: **MAR 0 6 2015**

_Frank C Price_

JUDGE PRESIDING,
_338_ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS

# PAUPER'S OATH ON APPEAL

CAUSE NO.: _13 44346_         OFFENSE: _Capital Murder_

THE STATE OF TEXAS           _338_ DISTRICT COURT

VS.                          OF

_Joseph J. Facundo_          HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

    NOW COMES _Joseph J. Facundo_, defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

- ☑ Appoint appellate counsel to represent him.
- ☑ Asks the court to order that a free record be provided to him.

_____
DEFENDANT

SUBSCRIBED AND SWORN to before me, this _6th_ day of _March_ A.D., 20 _15_.

_____
DEPUTY DISTRICT CLERK
_338_ DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER

On ___3-6-15___ the court conducted a hearing and found that the defendant is indigent.

- ☑ The court orders that _Patrick F. McCann_ is appointed to represent defendant/appellant on appeal.
- ☑ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter, _J.H. Hamby_ _____, by certified mail return receipt requested.

_Julie Johnson_

X _____
JUDGE PRESIDING
_338_ DISTRICT COURT
HARRIS COUNTY, TEXAS

FILED
Chris Daniel
District Clerk
MAR 12 2015
Time:_____
Harris County, Texas
By:_____ Deputy

## AFFIRMATION

    I, _Patrick F. McCann_, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

_P.F. McCann_                    _00792680_
ATTORNEY (SIGNATURE)             BAR/SPN NUMBER

_909 Texas Ave #205_             _Houston, Tx 77002_
ADDRESS                          CITY    STATE    ZIP

_713-223-3805_                   _832-667-3352_
PHONE                            FAX NUMBER

_writlawyer@justice.com_
EMAIL ADDRESS

SWORN TO AND SUBSCRIBED BEFORE ME ON _March 10, 2015_.

_____
DEPUTY DISTRICT CLERK (SIGNATURE)
DISTRICT CLERK

 

Cause No. 1344346

THE STATE OF TEXAS

IN THE 338th DISTRICT COURT

v.

COUNTY CRIMINAL COURT AT LAW No. ____

Joseph J. Faeundo, Defendant

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- ☑ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- ☐ the defendant has waived the right of appeal.

_____    _____3/6/2015_____
Judge                               Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____    ___Alvin E. Nunnery___
Defendant                           Defendant's Counsel

Mailing Address: _____    State Bar of Texas ID number: 15141800

Telephone number: _____     Mailing Address: 909 Texas #205.770

Fax number (if any): _____     Telephone number: 713-222-1919

Fax number (if any): 281-667-3357

**FILED**
Chris Daniel
District Clerk
MAR 0 6 2015
Time: _____
Harris County, Texas
By_____ Deputy

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

9/1/2011

# APPEAL CARD

**1st**

5-5-15

Court **338th**

Cause No. **1344316**

The State of Texas

Vs

Joseph Juan Facundo

3-6-15

**Date Notice Of Appeal:** 3/6/2015

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** Frank Price

**Court Reporter** Julia Johnson

**Court Reporter** _____

**Court Reporter** _____

**Attorney on Trial** Alvin Nunnery

**Attorney on Appeal** _____

Appointed ✓ Hired _____

**Offense** Capital Murder

**Jury Trial** Yes ✓ No _____

**Punishment Assessed** Life

**Companion Cases (If Known)** _____

**Amount of Appeal Bond** _____

**Appellant Confined:** Yes ✓ No _____

**Date Submitted To Appeal Section** 3/6/2015    22/997

**Deputy Clerk** A3Nalker